E-FILING

**FILED**

OA 91 Criminal Complaint

# United States District Court

FEB 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NORTHERN  DISTRICT OF  CAILFORNIA

UNITED STATES OF AMERICA
V.
OCTAVIO DIAZ

CRIMINAL COMPLAINT

Case Number: 08-MJ 70088 PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about February 14, 2007 in Santa Cruz County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)

Title 21, United States Code Section 841(a)(1), and Distribution of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841(b)(1)(B)(vii).

a. Maximum prison sentence   40 years
   (Mandatory Minimum: 5 years)
b. Maximum fine          $2,000,000
c. Maximum supervised release term   Life
   (Mandatory minimum: 4 years)
d. Mandatory special assessment $100

I further state that I am a(n) Special Agent-A.T.F. and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved As To Form: _____ AUSA

_____
Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

2/19/08
Date

at San Jose, CA
   City and State

PATRICA V. TRUMBULL
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

DOCUMENT NO.
1
CSA's INITIALS
e

DISTRICT COURT
CRIMINAL CASE PROCESSING

1. Affidavit of Special Agent Mari Casciano

I, Mari L. Casciano, being first duly sworn and under the penalty of perjury, state to the best of my knowledge, as follows:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since October 2004. I have completed the following professional training at the Federal Law Enforcement Training Center, Glynco, Georgia: Criminal Investigator Training Program (13 weeks) and ATF Special Agent Basic Training (14 weeks). I possess a Bachelor of Arts degree in Criminal Justice from The Richard Stockton College of New Jersey (2001). I have undergone extensive training in investigations pertaining to violations of federal and state firearms laws.

2. I make this affidavit in support of a criminal complaint and arrest warrant charging Octavio Ramos Diaz with a violation of Title 21, U.S.C. §841(a)(1), to Distribution of methamphetamine and Title 21 U.S.C. § 841(b)(1)(B)(viii).

3. The statements contained in this affidavit are based, in part, upon my own personal knowledge, but are also based upon information provided to me by other law enforcement officers. Because this affidavit is for the limited purpose of setting forth probable cause for the requested arrest warrant, I have not necessarily included every fact known to me through this investigation. I have set forth those facts I deem necessary to establish probable cause to believe that the above-mentioned violation has been committed.

Facts Supporting Probable Cause

4. On February 14, 2007, a Santa Cruz County Narcotic Enforcement Team (SCCNET) while working in an undercover capacity(UC) was introduced to Octavio DIAZ. At that time the UC negotiated the purchase of four ounces of methamphetamine from Diaz for $3100.00.

5. On February 24, 2007 the UC contacted Octavio Diaz to confirmed that the UC still wanted to purchase the methamphetamine.

6. On February 28, 2007 the UC was contacted by Octavio Diaz. Octavio Diaz informed the UC that the "car parts are in" (indicating in code that Diaz had methamphetamine). The UC arranged to pick up the methamphetamine on March 1, 2007.

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**

7. On March 1, 2007, the UC drove to Diaz's residence, 436 McKenzie Court, Watsonville, CA 95076. The UC approached Diaz who was sitting on his porch. Diaz asked if the UC had the "fedia" (money). The UC handed Diaz $3100.00 of SCCNET's pre-recorded funds. Diaz counted the money in the presence of the UC. Diaz then walked over to a green BMW bearing the license plate 5SZT155, located in the driveway of the residence. Diaz then opened the trunk of the vehicle with a key and pulled out a large ziplock type bag containing the suspected methamphetamine from inside a "Converse" shoe box. The UC asked if Diaz had weighted it. Diaz told the UC something to the effect of "Ya, all four zips (ounces) are there." The UC then left Diaz's residence.

8. On February 5, 2008, California Freedom Laboratory completed an analyses on the substance that was purchase from Octavio Diaz on March 1, 2007. Lara Walker, Senior Criminalist, determined that the substance tested positive for methamphetamine with the net weight of 110.57 grams.

9. Based on the foregoing, I believe that there is probable cause that Octavio Diaz has violated Title 21, United States Code Section 841(a)(1),Title 21 U.S.C. § 841(b)(1)(B)(viii) and Distribution of 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers..

*[signature]*
Mari L. Casciano, Special Agent
Bureau of Alcohol, Tobacco, and Explosives

Sworn to and subscribed before me

on this 19 day of February 2008

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT**