BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant OCTAVIO DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-70088- PVT |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| OCTAVIO DIAZ, | **HON. RICHARD SEEBORG** |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, March 27 , 2008, at 9:30 a.m. be continued to Thursday, April 17 , 2008, at 9:30 a.m. The continuance is requested to allow time for further pre-charge negotiation and defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from March 27, 2008 to April 17, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

1  Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt
2  disposition of criminal cases.
3
4  Dated:        March 26, 2008                    _____/s/_____
                                                   MANUEL U. ARAUJO
5                                                  Assistant Federal Public Defender

6  Dated:        March 26, 2008                    _____/s/_____
                                                   TOM O'CONNELL
7                                                  Assistant United States Attorney

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70088 PVT                     2