IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>OCTAVIO DIAZ,<br><br>        Defendant. | No. CR 08-70088- PVT<br><br>[PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 ET SEQ AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(d)<br><br>**HON. RICHARD SEEBORG** |

## ORDER

The parties have jointly requested a continuance of the hearing set for March 27, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 27, 2008 at 2:30 p.m. be continued to April 17 , 2008, at 9:30 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 27, 2008, to April 17, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED

1  that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
2  Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
3  criminal cases.
4
5  Dated: March ___, 2008
   _____
   RICHARD SEEBORG,
6  United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER EXTENDING PRELIM.
HEARING DATE AND EXCLUSION OF TIME
No. CR 08-70088 PVT                           2