BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant OCTAVIO DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCTAVIO DIAZ,<br><br>　　　　Defendant. | No. CR 08-70088- PVT<br><br>STIPULATION TO EXTEND TIME FOR PRELIMINARY HEARING TO **MAY 1, 2008** AND FOR AN ORDER TO EXCLUDE TIME<br><br>**HON. HOWARD R. LLOYD** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Thursday, April 17 , 2008, at 9:30 a.m. be continued to Thursday, May1, 2008, at 9:30 a.m. The continuance is requested to allow time for further pre-charge defense investigation and negotiation.

The parties further agree that time should be excluded under the Speedy Trial Act from April 17, 2008 to May 1, 2008, to allow time for defense investigation and preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Finally, in order to allow additional time for pre-charge negotiations, the parties also agree that time should be extended for the defendant's preliminary hearing pursuant to Federal

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70088 PVT                    1

1 Rule of Criminal Procedure 5.1(d), taking into account the public interest in the prompt
2 disposition of criminal cases.

4 Dated:      April 11, 2008                          _____/s/_____
                                                      MANUEL U. ARAUJO
5                                                     Assistant Federal Public Defender

7 Dated:      April 11, 2008                          _____/s/_____
                                                      TOM O'CONNELL
8                                                     Assistant United States Attorney

STIPULATION TO EXTEND PRELIM.
HEARING DATE
No. CR 08-70088 PVT                                   2