E-FILED

BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant OCTAVIO DIAZ

FILED

APR 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> OCTAVIO DIAZ, <br> Defendant. | No. CR 08-70088- PVT <br><br> [~~PROPOSED~~] ORDER CONTINUING THE PRELIMINARY HEARING TO **MAY 1, 2008** AND EXCLUDING TIME PURSUANT TO 18 U.S.C. § 3161 ET SEQ AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(d) <br><br> **HON. HOWARD R. LLOYD** |

### ORDER

The parties have jointly requested a continuance of the hearing set for April 17, 2008, to allow time for continued pre-charge negotiation and continued defense investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for April 17, 2008 at 9:30 a.m. be continued to May 1, 2008, at 9:30 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 17, 2008, to May 1, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Finally, due to the parties' efforts to engage in pre-charge negotiations, it is ORDERED

ORDER EXTENDING PRELIM.
HEARING DATE AND EXCLUSION OF TIME
No. CR 08-70088 PVT                     1

1  that time should be extended for the defendant's preliminary hearing pursuant to Federal Rule of
2  Criminal Procedure 5.1(d), taking into account the public interest in the prompt disposition of
3  criminal cases.
4
5  Dated: April 15, 2008
6  _____
   HON. HOWARD R. LLOYD,
   United States Magistrate Judge

ORDER EXTENDING PRELIM.
HEARING DATE AND EXCLUSION OF TIME
No. CR 08-70088 PVT                     2