Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant Octavio Diaz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-MJ-70088 PVT |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED]ORDER VACATING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161** |
| vs. | |
| OCTAVIO DIAZ | |
| Defendant | |

The United States of America, by Thomas M. O'Connell, Assistant United States Attorney, and the defendant in the above case, by and through his attorney Peter A. Leeming, hereby enter into this joint stipulation.

The parties stipulate, and ask the Court to adopt as its FINDINGS that:

1. This case is currently set for a preliminary hearing/arraignment on Thursday, July 31 at 9:30 A.M. Through

Joint Stipulation and order                        -1-

1  this stipulation, the parties are requesting the hearing be
2  continued until August 21, 2008, at 9:30 AM.
3      2.   The parties have been actively involved in settlement
4  discussions.  The Government had made an offer to resolve the
5  case, and counsel for Mr. Diaz has discussed the offer with Mr.
6  Diaz.  However, additional investigation is necessary before
7  counsel for Mr. Diaz can effectively advise him as to the full
8  and accurate consequences of the proposed plea.  This
9  investigation should be completed in several days.  Counsel for
10 the Government and for Mr. Diaz have discussed available dates,
11 and request that this matter be moved to Thursday, August 21st at
12 9:30 A.M., if that date is available to the Court.
13     3.   Both sides therefore request that the court order as
14 follows:
15     1.   That the current hearing date be vacated;
16     2.   That a new be set for August 21, 2007 at 9:30 A. M.,
17 for preliminary hearing/arraignment, and:
18     3.   That an exclusion of time is appropriate and necessary
19 in order to allow the effective preparation of counsel and to
20 complete investigation, pursuant to Title 18, United States Code,
21 Section 3161(h)(8)(B)(4).
22
23
24
25
26
27
28     IT IS SO STIPULATED

Joint Stipulation and order                              -2-

1   Dated: 7/30/08              By:_____/S/_____
2                                   THOMAS O'CONNELL, Assistant
                                    United States Attorney
3

4
    Dated: 7/30/08              By:_____/S/_____
5                                   PETER A. LEEMING, attorney
                                    for Octavio Diaz
6

Joint Stipulation and order                    -3-

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

```
UNITED STATES OF AMERICA,   )  No. 08-MJ-70088 PVT
                            )
        Plaintiff,          )  [PROPOSED]ORDER VACATING
                            )  HEARING DATE AND EXCLUDING
    vs.                     )  TIME UNDER THE SPEEDY TRIAL
                            )  ACT, 18 U.S.C. SECTION 3161
                            )
OCTAVIO DIAZ                )
        Defendant           )
                            )
                            )
_____)
```

**ORDER**

For the reasons stated in the above Stipulation, the Court finds that that currently set hearing date of July 31, 2008 should be should be changed to Thursday, August 21, 2008 at 9:30 A. M.

IT IS SO ORDERED.

Dated:_____              _____
                                U. S. Magistrate Judge

Joint Stipulation and order                -4-