FILED

JUL 30 2008

CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OCTAVIO DIAZ<br>    Defendant | No. 08-MJ-70088 PVT<br><br>[PROPOSED] ORDER VACATING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161 |

ORDER

For the reasons stated in the above Stipulation, the Court finds that that currently set hearing date of July 31, 2008 should be should be changed to Thursday, August 21, 2008 at 9:30 A. M.

IT IS SO ORDERED.

Dated: 7/30/08

_____
U. S. Magistrate Judge

Joint Stipulation and order          -4-