JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

Attorney for Plaintiff

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )    No. CR-08 00571 JW HRL
                                     )
          Plaintiff,                 )    VIOLATIONS:
                                     )    21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) -
     v.                              )    Distribution of Controlled Substance
                                     )
OCTAVIO DIAZ,                        )
                                     )
          Defendant.                 )
_____)

INFORMATION

The United States Attorney charges that:

COUNT ONE: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii))

On or about March 1, 2007, in the Northern District of California, the defendant,

OCTAVIO DIAZ,

did knowingly and intentionally distribute a controlled substance, to wit, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title

//

INFORMATION                              1

1 | 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).
2 |
3 |
4 | DATED: 8/25/2008                          JOSEPH P. RUSSONIELLO
5 |                                           United States Attorney
6 |
7 |                                           _____
8 |                                           DAVID R. CALLAWAY
                                              Deputy Chief, San Jose Office
9 |
10 |
11 | (Approved as to form: /s/ )
12 |                       AUSA O'Connell
13 |
...
28 |

INFORMATION                                 2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 21 United States Code Sections 841(a)(1) and (b)(1)(B)(viii) - Distribution of a Controlled Substance

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
40 years maximum imprisonment-5 year mandatory
$2,000,000 fine
Maximum life supervised release-4 year mandatory
$100.00 special assessment

**DEFENDANT - U.S.**
▶ OCTAVIO DIAZ

DISTRICT COURT NUMBER
CR-08 00571 JW HRL

*FILED E-FILING*
*AUG 26 2008*
*RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Mari Casciano-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70088-PVT

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ___ Month/Day/Year

**DATE OF ARREST** ▶ _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  THOMAS M. O'CONNELL

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: Defendat will appear voluntarily for arraignment on 09/27/07 before Magistrate Patricia v. Trumbull.