AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT



AUG 2 8 2008

_____ DISTRICT OF _____ CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA

v.

Octavio Diaz

**WAIVER OF INDICTMENT**

CASE NUMBER: CR08-00571 JW

I, Octavio Diaz, the above named defendant, who is accused of

21 USC § 841(a)(1), possession w/ intent to distribute methamphetamine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 28, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer